IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RICHARD FLOYD SANDOVAL,<br><br>            Defendant. | 4:16-CR-3084<br><br>**ORDER** |

IT IS ORDERED that:

1. The government's unopposed Motion to Continue (filing 41) is granted.

2. Defendant Richard Floyd Sandoval's sentencing is continued to December 20, 2016, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of November, 2016.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge