IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3084 |
| vs. | ORDER |
| RICHARD FLOYD SANDOVAL, | |
| Defendant. | |

This matter is before the Court on correspondence from the Bureau of Prisons (filing 50) requesting an extension of time to complete its court-ordered presentencing study. The Court will grant the request.

IT IS ORDERED

1.  The Bureau of Prisons' request for an extension of time is granted.

2.  The Clerk of the Court is directed to provide a copy of this order to the Bureau of Prisons at the return address set forth in filing 50.

3.  The Clerk of the Court is directed to set a case management deadline for May 9, 2017, with the following docket text: Check status of defendant's evaluation pursuant to December 28 order.

Dated this 15th day of March, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge