IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16-CR-3084 |
| vs. | FINAL ORDER OF FORFEITURE |
| RICHARD FLOYD SANDOVAL, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 45). On October 17, 2016, the Court entered a Preliminary Order of Forfeiture (filing 37) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to violating 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the Preliminary Order of Forfeiture, the defendant's interest in a Toshiba Satellite L455D-55976 laptop computer, serial #6A143145K was forfeited to the United States.

As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on October 19, 2016, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 44) was filed on December 20, 2016. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 45) is granted.

2. All right, title, and interest in the Toshiba Satellite L455D-55976 laptop computer, serial #6A143145K, held by any person or entity, is hereby forever barred and foreclosed.

3. The property described above is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property described above in accordance with law.

Dated this 29th day of June, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge